**Dismissed and Memorandum Opinion filed April 26, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00151-CV**

_____

**WILLIAM DOW HAMM, III, Appellant**

**V.**

**AMERICAN EXPRESS CENTURION BANK, Appellee**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 983829**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed November 30, 2011. This court was also advised that appellant filed a timely motion for new trial and notice of appeal. The clerk's record was due on March 29, 2012, but it has not been filed. *See* Tex. R. App. P. 35.1. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On April 4, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed.

In addition, the $175 appellate filing fee has not been paid. On March 8, 2012, this court notified appellant that the appellate filing fee was past due and the appeal was subject to dismissal unless appellant paid the filing fee within ten days. No response was filed.

Appellant has not paid the appellate filing fee or provided this court with proof of payment for preparation of the clerk's record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.

2